

FILED
06/23/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 19-0589

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0589

STATE Of MONTANA

Plaintiff and Appellee,

FILED

JUN 2 3 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

v.

ORDER

CLARENCE REDMOND LOGUE JR.,

Defendant and Appellant.

Within a span of one week, self-represented Appellant Clarence Redmond Logue filed a Supplemental Brief and Argument re: Transcripts for DC-17-339-B and a Motion for Credit for Time Served. The State of Montana has filed a response in opposition, stating that Logue's motions are inappropriate and untimely. M. R. App. P. 16(2) and 12(10).

Upon review of our docket, this appeal was sent to this Court on June 19, 2020, because briefing was completed the day before. We also observe that this Court has denied Logue's several attempts to include such supplemental information after Logue filed his opening brief. A decision will be issued in due course. Accordingly,

IT IS ORDERED that Logue's Supplemental Brief and Argument re: Transcripts for DC-17-339-B and a Motion for Credit for Time Served in Case No. DC-17-339-B with Good Cause are DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Clarence Redmond Logue Jr.

DATED this 23rd day of June, 2020.

For the Court,

By _____
Chief Justice